**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-2184**

_____

DOTTIE M. WOMACK,

                                    Plaintiff - Appellant,

        versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

                                    Defendant - Appellee.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Danville.  Jackson L. Kiser, Senior
District Judge.  (CA-01-59)

_____

Submitted:  November 26, 2002      Decided:  December 17, 2002

_____

Before MOTZ, TRAXLER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Dottie M. Womack, Appellant Pro Se. Sara Bugbee Winn, OFFICE OF THE
UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dottie M. Womack seeks review of the district court's order accepting the recommendation of the magistrate judge to affirm the Commissioner's denial of social security benefits pursuant to 20 C.F.R. §§ 404.1520(c), 416.920(c)(2002). Our review of the record discloses that the Commissioner's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Womack v. Barnhart</u>, No. CA-01-59 (W.D. Va. Sept. 16 & 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>